53 So.2d 786

## CITY OF SHREVEPORT v. J. E. O'DANIEL.

### No. 40360.

June 29, 1951.

J. Bennett Johnston, Shreveport, for appellant.

James T. Adams, Shreveport, for appellee.

LE BLANC, Justice.

For the reasons assigned in the opinion this day handed down in the consolidated cases of City of Shreveport v. Moore, and City of Shreveport v. O'Daniel, 219 La. 604, 53 So.2d 783.

It is ordered that the appeal in this case bearing No. 40,360 of the docket of this Court be and the same is hereby dismissed.